IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 12-286 |
| ) | (18 U.S.C. § 1546(a) and |
| RENE RAMIREZ-REYMUNDO ) | 8 U.S.C. § 1325(a)(1)) |

### INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 29, 2012, in the Western District of Pennsylvania, the defendant, RENE RAMIREZ-REYMUNDO, did knowingly use and attempt to use and possess a Permanent Resident Card, prescribed by statute and regulation for entry into or as evidence of authorized stay or employment in the United States, which the defendant, RENE RAMIREZ-REYMUNDO, knew to have been falsely made and to have been procured by fraud and unlawfully obtained, in that the defendant, RENE RAMIREZ-REYMUNDO, purchased the Permanent Resident Card, which he knew to have been falsely made, in Florida for $80.00.

In violation of Title 18, United States Code, Section 1546(a).

## COUNT TWO

The grand jury further charges:

On or about October 29, 2012, in the Western District of Pennsylvania, the defendant, RENE RAMIREZ-REYMUNDO, an alien, knowingly, intentionally, and unlawfully entered the United States at a time and place other than as designated by United States immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

A True Bill,

_Maria A. Primas_
Foreperson

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524